IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

BRADLEY MEREDITH, *et al.*,

Plaintiffs,

vs.

GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO

Defendant.

Case No. 1:21-cv-00106

**JOINT STIPULATION OF DISMISSAL**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties file this Joint Stipulation of Dismissal **with prejudice**, all parties to bear their own costs.

November 3, 2021

Respectfully submitted,

| /s/ Gregg C. Greenberg | /s/ Michael J. Lorenger |
|---|---|
| Gregg C. Greenberg | Michael J. Lorenger |
| James E. Miller (*admitted pro hac vice*) | Lorenger & Carnell PLC |
| Zipin, Amster & Greenberg, LLC | 651 South Washington Street |
| 8757 Georgia Avenue, Suite 400 | Alexandra, Virginia |
| Silver Spring, Maryland 20910 | (703) 684-1800 / Main |
| (301) 587-9373 (ph) | (703) 684-1808 / Direct |
| ggreenberg@zagfirm.com | mlorenger@lorengercarnell.com |
| jmller@zagfirmirm.com | |

*Attorneys for Plaintiffs*

So Ordered
Claude M. Hilton
USDJ
Nov. 16, 2021

        Eric Hemmendinger (*admitted pro hac vice*)
        Teresa D. Teare (*admitted pro hac vice*)
        Lindsey A. White (*admitted pro hac vice*)
        SHAWE ROSENTHAL, LLP
        One South Street, Suite 1800
        Baltimore, MD 21202
        Telephone: 410-752-1040
        Facsimile: 410-752-8861
        eh@shawe.com
        tdt@shawe.com
        law@shawe.com

        *Attorneys for Defendant*

## Certificate of Service

I certify that I filed the foregoing Joint Stipulation of Dismissal with Prejudice with the Court's ECF filing system on the 3rd day of November, 2021. By virtue of such filing, electronic notice will be provided to all counsel of record.

        **/s/Michael J. Lorenger**
        Michael J. Lorenger